IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HECTOR MANUEL BOSSIO, #394364, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:16-CV-839-WKW [WO] |
| DORA BISHOP, *et al*., | ) ) | |
| Defendants. | ) | |

## **ORDER**

On March 30, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 57.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 57) is ADOPTED, and Plaintiff's Motion for Preliminary Injunction (Doc. # 1) is DENIED.

This action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 25th day of April, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE