IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HECTOR MANUEL BOSSIO, JR., #394364, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:16-CV-839-ECM ) |
| CPL DORA BISHOP (HUNTER), *et al.*, | ) ) |
| Defendants. | ) |

# **O R D E R**

On August 8, 2018, the Magistrate Judge filed a Recommendation (doc. # 75), that the plaintiff's motion for preliminary injunction be denied. The plaintiff timely objected to the Recommendation. (Doc. # 78). Upon an independent and *de novo* review of the record and the Recommendation, the plaintiff's objections are due to be overruled and the Magistrate Judge's Recommendation is due to be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge (doc. # 75) is ADOPTED.

2. The plaintiff's objections (doc. # 78) are OVERRULED.

3. The plaintiff's motion for preliminary injunction is DENIED.

4. This case is REFERRED back to the Magistrate Judge for further proceedings.

Done this 13th day of September, 2018.

/s/Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE